BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
ANDREW SIGLER
Trial Attorney, National Security Division
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>2604 Lunar Lane, Apartment #1<br>Sacramento, California 95864 | CASE NO. 2:16-SW-4 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant is GRANTED.

Dated: January 14, 2016

By: _____
EDMUND F. BRENNAN
U.S. Magistrate Judge

ORDER                                1